```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and          15 Civ. 4661
TRAINING PROGRAM FUND
                                             OPINION
          -and-

ROBERT BONANZA, as Business Manager
Of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

                         Plaintiffs,

          -against-

MANLEY CONSTRUCTION CORP.,

                         Defendant.

-----------------------------------------X

A P P E A R A N C E S:

          Attorneys for Plaintiffs

          MASON TENDERS DISTRICT COUNCIL OF GREATER NY
          520 Eighth Avenue, Suite 650
          New York, NY 10018
          By:  Haluk Savci, Esq.
```

**Sweet, D.J.**

The Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund (hereinafter the "Funds") and Robert Bonanza, as Business Manager of the Mason Tenders District Council of Greater New York and Long Island ("MTDC" or the "Plaintiffs") have moved to confirm and enforce the June 17, 2014 Opinion and Default Arbitration Award (the "Award") issued by arbitrator Joseph Harris in favor of Plaintiffs against Defendant Manley Construction Corp. ("Manley" or the "Defendant"). No opposition having been filed by Manley, the motion is granted and the award confirmed.

Submit judgment on notice.

It is so ordered.

New York, NY
October 2016

ROBERT W. SWEET
U.S.D.J.

1